UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| WILLIAM ANDERSON, | CIVIL ACTION<br>NO. 6:17-133-KKC |
| Plaintiff, | |
| V. | **ORDER** |
| KNOX COUNTY,<br>JOHN PICKARD, *in his individual capacity*,<br>DEREK EUBANKS, *in his individual capacity*,<br>JASON YORK, *in his individual capacity*,<br>BRIAN JOHNSON, *in his individual capacity*,<br>MARK MEFFORD, *in his individual capacity*,<br>JACKIE JOSEPH, *in his individual capacity*, and<br>TYSON LAWSON, *in his individual capacity*, | |
| Defendants. | |

\*\*\* \*\*\* \*\*\*

**IT IS ORDERED** that the Court **VACATES** its previous Opinion and Order, (DE 55), to be replaced and amended by a subsequent opinion and order.

Dated October 3, 2018.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY