# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION - LONDON
# CIVIL MINUTES

**CASE NO:** 6:17-CV-133-KKC    **AT:** London    **DATE:** Feb. 25, 2019

**STYLE:** WILLIAM ANDERSON v. KNOX COUNTY, KY, *et al.*

**PRESENT:** HON. HANLY A. INGRAM, MAGISTRATE JUDGE

| N/A | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

| Elliot Slosar<br>Amy Robinson Staples | Jason E. Williams<br>Shawna Kincer<br>Alea Amber Arnett |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFF** | **ATTORNEYS PRESENT FOR DEFENDANTS** |

**PROCEEDINGS:** TELEPHONIC CONFERENCE CALL

**Remarks:** This matter was called for a telephonic conference with counsel participating as noted. Plaintiff's counsel anticipated a possible need to extend the fact discovery deadline. Defense counsel agreed that a motion to extend that deadline may be presented to the Court in the future. No follow-up teleconference was deemed necessary.

**  X  ** Except as stated above, counsel advised the Court that the case is proceeding according to the deadlines set forth in the Scheduling Order.

_____ Counsel advised the Court that they would be unable to comply with the Scheduling Order, and the Court advised counsel of the need to request relief from deadlines by proper motion.

**  X  ** Counsel advised the Court that no discovery issues currently require the Court's attention. The Court directed the parties to follow the discovery dispute resolution procedure in the scheduling order if disputes arise.

|  ———  | Counsel described a discovery dispute which currently requires the Court's attention, as described above. |
|---|---|
| **X** | The Court asked counsel if any other pretrial issues required the Court's attention. Counsel informed the Court that no other issues require the Court's attention at this time. |

**COPIES TO:**

COR

TIC: 10 MINUTES

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge