# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION at LONDON

**WILLIAM ANDERSON**                                                                        **PLAINTIFF**

v.                                                                            CIVIL ACTION NO. 6:17-cv-00133-KKC-HAI

**KNOX COUNTY, et al.**                                                         **DEFENDANTS**

---

## NOTICE OF SERVICE OF KSP DEFENDANTS' INTERROGATORY REPSPONSES

Please take notice that the Defendants, Kentucky State Troopers in their individual capacities: Brian Johnson, Jackie Joseph, Tyson Lawson, Mark Mefford, and Jason York ("KSP Defendants"), by counsel, served a copy of their responses to Plaintiff's First Set of Interrogatories via email on March 1, 2019.

                                               Respectfully submitted,

                                               /s/ Amber Arnett
                                               Alea Amber Arnett

                                               Shawna Virgin Kincer
                                               Cody Weber
                                               Alea Amber Arnett
                                               Department of Kentucky State Police
                                               Legal Office
                                               919 Versailles Road, Room 300
                                               Frankfort, KY 40601
                                               (502) 782-2163
                                               (502) 573-1636 facsimile
                                               Alea.Arnett@ky.gov
                                               *Counsel for Kentucky State Police Officers*
                                               *in their individual capacities: Brian*
                                               *Johnson, Jackie Joseph, Tyson Lawson, Mark*
                                               *Mefford, and Jason York*

CERTIFICATE OF SERVICE

       I hereby certify that on March 21, 2019, I electronically filed this document with the clerk of the court by using the CM/ECF System, which will provide service to the following CM/ECF participants:

Arthur Loevy
Elliot Slosar
Jon Loevy
Michael I. Kanovitz
Amy Robinson Staples
Loevy & Loevy - IL
311 N. Aberdeen
3rd Floor
Chicago, IL 60607
312-243-5900
Fax: 312-243-5902
loevylaw@loevy.com
elliot@loevy.com
jon@loevy.com
mike@loevy.com
Amy@loevy.com
*Counsel for Plaintiff*

| | |
|---|---|
| Jason E. Williams<br>Williams & Towe Law Group, PLLC<br>303 S. Main Street<br>P.O. Box 3199<br>London, KY 40743<br>606-877-5291<br>Fax: 606-877-5294<br>jason@wftlaw.com<br>*Counsel for Knox County, Knox County Sheriff's Department Officers in their individual capacities: John Pickard and Derek Eubanks* | Christian Matthew Feltner<br>Caldwell & Feltner, PLLC<br>P.O. Box 3073<br>London, KY 40743<br>859-391-1377<br>Fax: 606-672-1968<br>mattfeltner@msn.com<br>*Co-Counsel for Kentucky State Police Officers in their individual capacities: Brian Johnson, Jackie Joseph, Tyson Lawson, Mark Mefford, and Jason York* |

                                                /s/ Amber Arnett
                                                Alea Amber Arnett